EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Salvador Tió Fernández | 2011 TSPR 13 <br><br> 180 DPR _____ |

Número del Caso: AB-2008-61

Fecha: 28 de enero de 2011

Abogado del Peticionario:

      Lcdo. Manuel E. Moraza Choisne
      Lcda. Carmen Muñoz Gándara

Materia: Reinstalación al Ejercicio de la Abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Salvador Tió Fernández

AB-2008-061

RESOLUCIÓN

En San Juan, Puerto Rico, a 28 de enero de 2011.

Examinada la *Moción en Cumplimiento de Resolución,* se amonesta al Sr. Salvador Tió Fernández por la conducta que él mismo admite en su moción.

Ahora bien, evaluada esa conducta en su justa perspectiva y ausentes otros señalamientos contra el señor Tió Fernández, se le reinstala al ejercicio de la profesión legal.

No obstante, se le apercibe que en el futuro sea más cuidadoso y evite situaciones como las que admitió en su moción.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton y la Juez Asociada señora Rodríguez Rodríguez no intervinieron.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo